GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.
Robert S. Clayman
D.C. Bar No. 419631
1625 Massachusetts Avenue, N.W., Suite 700
Washington, D.C.  20036
(202) 624-7400

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Hanan B. Kolko (HK 1307)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

Counsel for Association of Flight Attendants – CWA, AFL-CIO

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

**------------------------------------------------------------------X**
**In re:**                                                            **:**
                                                                      **:Chapter 11**
                                                                      **:Case No. 05-17930 (ALG)**
                                                                      **:**
                                                                      **:**
**NORTHWEST AIRLINES CORPORATION, et al.,:**
                                                                      **:**
                                                                      **: (Jointly Administered)**
                                                                      **:**
                    **Debtors.**                                      **:**
                                                                      **:**
**------------------------------------------------------------------X**

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that the Association of Flight Attendants – CWA,

AFL-CIO ("AFA") hereby appeals to the United States District Court for the Southern

District of New York from the Order in the above-captioned case, dated April 24, 2007,

denying AFA's Motion for Relief from the Judgment and Order Authorizing Debtors to

Reject Their Collective Bargaining Agreement Covering Flight Attendants for the reasons set forth in the Court's Memorandum of Opinion dated April 13, 2007.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1.    Appellant

Association of Flight Attendants – CWA, AFL-CIO

Counsel for Appellant

Association of Flight Attendants – CWA, AFL-CIO
501 Third St., NW
Washington, D.C. 20001-2797
Attn: Edward James Gilmartin
Telephone: (202) 434-0577
Facsimile: (202) 434-0690

Guerrieri, Edmond, Clayman & Bartos P.C.
1625 Massachusetts Avenue, NW, Suite 700
Washington, D.C. 20036-2243
Attn: Robert S. Clayman
Telephone: (202) 624-7400
Facsimile: (202) 624-7420

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018
Attn: Hanan B. Kolko
Telephone: (212) 239-4999
Facsimile: (212) 239-1311

2.    Appellees (Debtors)

Northwest Airlines Corporation, NWA Fuel Services Corporation; Northwest Airlines Holdings Corporation; NWA Inc.; Northwest Airlines, Inc.; Northwest Aerospace Training Corp.; MLT Inc.; Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc.; NWA Retail Sales Inc.; Montana Enterprises, Inc.; NW Red Baron LLC; Aircraft Foreign Sales, Inc.; NWA Worldclub, Inc.; and NWA Aircraft Finance, Inc.

Counsel for Appellees

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn: Bruce R. Zirinsky, Gregory M. Petrick, and Nathan Haynes
Telephone: (212) 504-6000
Fascimile: (212) 504-6666

Cadwalader Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
Attn: Mark C. Ellenberg
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Arnold & Porter LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-1370
Attn: Brian P. Leitch
Telephone: (303) 863-1000
Facsimile: (303) 832-0428

3.    Official Committee of Unsecured Creditors of Northwest Airlines Corporation

Counsel for the Official Committee of Unsecured Creditors of Northwest Airlines Corporation

Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
Attn: Scott L. Hazan
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

4.    Air Line Pilots Association, International

Counsel for Air Line Pilots Association, International

Cohen, Weiss & Simon, LLP
330 West 42nd Street
New York, NY 10036

Attn: Richard M. Seltzer
Telephone: (212) 563-4100
Facsimile: (212) 695-5436

5.    United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto
Telephone: (212) 510-0500
Facsimile (212) 688-2255

Respectfully submitted,

 /s/ Robert S. Clayman
Robert S. Clayman
D.C. Bar No. 419631
GUERRIERI, EDMOND, CLAYMAN &
BARTOS, P.C.
1625 Massachusetts Avenue, N.W.
Suite 700
Washington, D.C. 20036-2243
(202) 624-7400
rclayman@geclaw.com

Hanan B. Kolko (1307)
MEYER, SUOZZI, ENGLISH &
KLEIN, P.C.
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999
hkolko@msek.com

Counsel for Association of Flight Attendants -
CWA AFL-CIO

Dated: New York, New York
May 3, 2007

- 4 -

## <u>CERTIFICATE OF SERVICE</u>

I, Robert S. Clayman, declare that on this 3rd day of May, 2007, a true and correct copy of the foregoing Notice of Appeal was served by electronic mail upon the following:

Bruce Zirinsky, Esq.
Gregory M. Petrick, Esq.
Nathan Haynes, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
One World Financial Center
New York, NY, 10281
bruce.zirinsky@cwt.com
gregory.petrick@cwt.com
nathan.haynes@cwt.com

Scott L. Hazan, Esq.
Otterbourg, Steindler, Houston
& Rosen, P.C.
(Counsel to the Committee of Unsecured
Creditors)
230 Park Avenue
New York, NY 10169
shazan@oshr.com

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel to Debtors)
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
mark.ellenberg@cwt.com

Richard M. Seltzer, Esq.
Cohen, Weiss & Simon, LLP
(Counsel for Air Line Pilots Association,
International)
330 West 42nd Street
New York, NY 10036
Rseltzer@cwsny.com

Brian Leitch, Esq.
Arnold & Porter LLP
(Counsel to Debtors)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Brian_Leitch@aporter.com

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
brian.masumoto@usdoj.gov

*/s/ Robert S. Clayman*
Robert S. Clayman

Counsel for Association of Flight Attendants -
CWA, AFL-CIO

Dated: May 3, 2007