Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
CADWALADER, WICKERSHAM & TAFT LLP
Attorneys for Debtors and Debtors In Possession
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

- and-

Mark C. Ellenberg (ME 6927)
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| **NORTHWEST AIRLINES CORPORATION, <u>et al.</u>,** | Case No. 05-17930 (ALG) |
| Debtors. | Jointly Administered |

---------------------------------------------------------------------------------------------------x

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee Northwest Airlines Corporation ("NWA Corp.") and certain of its direct and indirect subsidiaries, as debtors and debtors in possession ("Northwest" or the "Debtors"),[1] respectfully submits this Designation of Additional Items To Be Included In Record On Appeal in connection with the appeal of the Association of Flight Attendants – CWA, AFL-CIO ("AFA") from the Bankruptcy Court's April 24, 2007 Order

---

[1] In addition to NWA Corp., the Northwest Debtors consist of: NWA Fuel Services Corporation ("NFS"), Northwest Airlines Holdings Corporation ("Holdings"), NWA Inc. ("NWA Inc."), Northwest Aerospace Training Corp. ("NATCO"), Northwest Airlines, Inc. ("Northwest Airlines"), MLT Inc. ("MLT"), Compass Airlines, Inc. f/k/a Northwest Airlines Cargo, Inc. ("Compass"), NWA Retail Sales Inc. ("NWA Retail"), Montana Enterprises, Inc. ("Montana"), NW Red Baron LLC ("Red Baron"), Aircraft Foreign Sales, Inc. ("Foreign Sales") NWA Worldclub, Inc. ("WorldClub") and NWA Aircraft Finance, Inc. ("Aircraft Finance").

denying AFA's Motion for Relief from the Judgment and Order Authorizing Debtors to Reject Their Collective Bargaining Agreement Covering Flight Attendants.

## DESIGNATION OF ADDITIONAL ITEMS FOR RECORD ON APPEAL

Appellee hereby designates the following additional items to be included in the record on appeal.

1. Northwest's Application to Reject Collective Bargaining Agreements Pursuant to 11 U.S.C. 1113(c) (Docket No. 644)

2. Motion for Interim Relief Pursuant to Bankruptcy Code Section 1113(e) and Approval of Interim Agreement Under Bankruptcy Rule 9019 (Docket No. 905)

Dated: Washington, D.C.
May 14, 2007

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ Mark C. Ellenberg*
Bruce R. Zirinsky (BZ 2990)
Gregory M. Petrick (GP 2175)
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and -

Mark C. Ellenberg (ME 6927)
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Attorneys for Debtors and
Debtors In Possession