# GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

1625 MASSACHUSETTS AVENUE, N.W.
SUITE 700
WASHINGTON, D.C. 20036-2243

(202) 624-7400
FACSIMILE: (202) 624-7420

JOSEPH GUERRIERI, JR.
JOHN A. EDMOND
ROBERT S. CLAYMAN
JEFFREY A. BARTOS
CARMEN R. PARCELLI
SOYE KIM
ELIZABETH A. ROMA
ANGELA C. SERRANZANA
AARON D. LLOYD*

*ADMITTED IN MD ONLY. SUPERVISED
BY PRINCIPALS OF THE FIRM.

June 7, 2007

**VIA FACSIMILE**

Honorable Barbara S. Jones
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 620
New York, NY 10007
Facsimile: (212) 805-6191



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/12/07

    Re:    In re Northwest Airlines Corp.,
            Case No. 1:07-cv-03969 (BSJ)

Dear Judge Jones:

    As counsel for the Association of Flight Attendants-CWA, AFL-CIO ("AFA") in the above-captioned proceeding, I respectfully request a 32-day extension of the original June 11, 2007 deadline for filing our appellate brief. This is AFA's first request for an extension in this matter. Late this afternoon, AFA sought the consent of Appellee Northwest Airlines Corp. ("Northwest"), but because of time constraints, Northwest has not yet determined its response.

    On April 26, 2007, AFA and Northwest reached a tentative agreement over terms and conditions of employment for Northwest's flight attendants, which included a provision for a $182 million bankruptcy claim for AFA. On May 3, 2007, AFA filed its notice of appeal of the above-captioned matter in the Bankruptcy Court, as well as a notice of appeal and motion for a stay pending appeal in a related matter now pending before the Honorable Kenneth M. Karas. On May 14, 2007, Northwest and AFA signed an agreement whereby

Hon. Barbara S. Jones
June 7, 2007
Page 2

Northwest agreed to set aside $182 million in its distribution reserve for AFA's bankruptcy claim, and in consideration, AFA agreed to withdraw its motion for a stay pending appeal and to withdraw both of its appeals in the event that the tentative agreement was ratified.

On May 29, 2007, AFA's membership voted in favor of ratifying the tentative agreement. In accordance with the terms of the May 14 agreement, AFA prepared to withdraw both its appeals. However, on the evening of Tuesday, June 5, 2007, a member of AFA filed a challenge to the ratification vote. Under the terms of AFA's Policy Manual, the union is obligated to conduct a full investigation of any such challenge. We currently anticipate that AFA will complete its investigation no later than July 9, 2007.

In light of the pending investigation, there remains the possibility, however remote, that AFA would have to re-ballot the membership on the ratification of the agreement. AFA has informed Northwest that the monies to be distributed to flight attendants under the agreement should not be distributed on June 18 as scheduled, but must await AFA's resolution of the filed objection. Accordingly, despite Northwest's refusal to give consent, we request an extension of the deadline for filing our opening brief until July 13, 2007.

Please contact me if you have any questions regarding this matter.

Respectfully,

*Robert S. Clayman*

Robert S. Clayman

cc:　Nathan Haynes, Counsel for Northwest Airlines
　　　Scott L. Hazan, Counsel for the Official Committee of Unsecured Creditors
　　　Richard M. Selzter, Counsel for the Air Line Pilots Association
　　　Brian Masumoto, Office of the U.S. Trustee

*Application granted.*

SO ORDERED
Dated.　　　　BARBARA S. JONES
　　　　　　　　U.S.D.J.

6/11/07