GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.
Robert S. Clayman
D.C. Bar No. 419631
1625 Massachusetts Avenue, N.W., Suite 700
Washington, D.C. 20036
(202) 624-7400

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Hanan B. Kolko (HK 1307)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999

Counsel for Association of Flight Attendants – CWA, AFL-CIO

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ASSOCIATION OF FLIGHT ATTENDANTS – CWA, AFL-CIO<br><br>Plaintiff – Appellant<br><br>NORTHWEST AIRLINES CORPORATION, et al,<br><br>Defendant - Appellees | Case Nos. 07-03969 (BSJ)<br>07-03970 (KMK) |

### NOTICE OF WITHDRAWAL OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff – Appellant Association of Flight Attendants – CWA, AFL-CIO ("AFA"), which appealed to the United States District Court for the Southern District of New York from the April 24, 2007 Orders in the above-captioned case denying AFA's Motion for Relief from Judgment and Order authorizing Debtors to Reject Their Collective Bargaining Agreement Covering Flight Attendants, and granting Debtors' Motion To Disallow And Expunge Claims Numbered 11283 and 11295 hereby withdraws those appeals.

Dated: New York, New York
       July 11, 2007

                                            Respectfully Submitted,

                                            GUERRIERI, EDMOND, CLAYMAN & BARTOS, P.C.

                                            By:  /s/   Robert S. Clayman
                                            Robert S. Clayman (DC Bar No. 419631)
                                            Jeffrey A. Bartos (DC Bar No. 435832)

1625 Massachusetts Avenue, N.W., Suite 700
Washington, D.C. 20036-2243
(202) 624-7400
rclayman@geclaw.com
jbartos@geclaw.com
Counsel for Association of Flight Attendants
CWA, AFL-CIO

MEYER, SOUZZI, ENGLISH & KLEIN, P.C.

By:  /s/    *Hanan Kolko*
Hanan B. Kolko (1307)
1350 Broadway, Suite 501
New York, New York 10018
(212) 239-4999
hkolko@msek.com
Counsel for Association of Flight Attendants
CWA AFL-CIO

2

**CERTIFICATE OF SERVICE**

I, Hanan Kolko, declare that on this 11th day of July, 2007, a true and correct copy of the foregoing Notice Of Withdrawal Of Appeals was served by electronic mail upon the following:

Bruce Zirinsky, Esq.
Gregory M. Petrick, Esq.
Nathan Haynes, Esq.
Cadwa;ader Wickersham & Taft LLP
(Counsel to Debtors)
One World Financial Center
New York, NY 10281
bruce.zirinsky@cwt.com
gregory.petrick@cwt.com
nathan.haynes@cwt.com

Scott L. Hazan, Esq.
Otterbourg, Stindler, Houston & Rosen, P.C.
(Counsel to the Committee of Unsecured Creditors)
230 Park Avenue
New York, NY 10169
shazan@oshr.com

Mark C. Ellenberg, Esq.
Cadwalader Wickersham & Taft LLP
(Counsel of Debors)
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
mark.ellenberg@cwt.com

Richard M. Seltzer, Esq.
Cohen, Weiss & Simon, LLP
(Counsel for Air Line Pilots Association, International)
330 West 42nd Street
New York, New York 10036
Rzeltzer@cwsny.com

Brian Leitch, Esq.
Arnold & Porter LLP
(Counsel to Debtors)
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Brian_Leitch@aporter.com

United States Trustees
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto, Esq.
brian.masumoto@usdoj.gov

By: */s/ Hanan Kolko*
Hanan Kolko

Counsel for Association of Flight Attendants
CWA AFL-CIO

Dated: July 11, 2007

3

87393